**MANDATE**

THURGOOD MARSHALL UNITED STATES COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007

ROSEANN B. MACKECHNIE
CLERK

DC Initials Dist of Conn, NHCT
DC DKT # 02-cv-2082
DC Judge Artterton

FILED

At a stated term of the United States Court of Appeals for the Second Circuit, held at the United States Courthouse, Foley Square, in the City of New York, on the 9th day of January of two thousand four.

Grant

v.                                    Docket No. 03-7196

Scott



The Civil Appeal Management Plan of this Court Directs that within ten (10) days after filing a Notice of Appeal, the Appellant shall, *inter alia,* either pay the docketing fee or move for leave to proceed *in forma pauperis,* and that in the event of default of this requirement, the Clerk may dismiss the appeal without further notice.

The Appellant herein not having so proceeded, upon consideration thereof, it is ordered that the appeal from the order of 1/23/03 United States District Court for the CTDC/NHCT be and it hereby is dismissed.

ROSEANN B. MACKECHNIE, Clerk

By: *Steglich*
Anna Steglich
Deputy Clerk, USCA

feedflt frm
fee/dflt/f

A TRUE COPY
Roseann B. MacKechnie, CLERK

by *Steglich*
DEPUTY CLERK

Certified

JAN 9 2004