UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

DOCKET NO: 3:02 CV 2082 (JBA)

GRANT

USCA NO.   3 - 7196

V.

SCOTT, et al

**INDEX TO THE RECORD ON APPEAL**

03-7196